| | |
|---|---|
| 1 | RAYMOND P. BOLAÑOS (SBN 142069) |
| 2 | AT&T Services, Inc. Legal Dept. |
| | 430 Bush Street, 6th Floor |
| 3 | San Francisco, CA 94108 |
| | Phone: (415) 268-9491 |
| 4 | Fax: (415) 543-0418 |
| | *rb2659@att.com* |
| 5 | |
| 6 | MAYER BROWN LLP |
| | ELSPETH V. HANSEN (SBN 292193) |
| 7 | Two Palo Alto Square #300 |
| | 3000 El Camino Real |
| 8 | Palo Alto, CA 94306 |
| | Telephone: (650) 331-2043 |
| 9 | Facsimile: (650) 331-2060 |
| 10 | *ehansen@mayerbrown.com* |
| 11 | MAYER BROWN LLP |
| | HANS J. GERMANN (Pro Hac Vice) |
| 12 | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| 13 | Telephone: (312) 701-8792 |
| | Facsimile: (312) 706-8169 |
| 14 | *hgermann@mayerbrown.com* |
| 15 | |
| | Attorneys for Plaintiff |
| 16 | New Cingular Wireless PCS, LLC d/b/a AT&T |
| | Mobility |
| 17 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ALTOS, a California municipal corporation,<br><br>Defendant. | Case No. 5:20-CV-00294-EJD<br><br>**PLAINTIFF AT&T'S NOTICE OF APPEAL**<br><br>Judge: Hon Edward J. Davila<br><br>Complaint filed: January 13, 2020 |

Notice is hereby given that Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T Mobility ("AT&T") appeals to the United States Court of Appeals for the Ninth Circuit from this Court's August 22, 2022 Order (Dkt. 76) dismissing AT&T's claims as moot.

A Circuit Rule 3-2 Representation Statement is attached hereto.

Dated: September 16, 2022

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Hans J. Germann*
Hans J. Germann
Attorneys for Plaintiff
New Cingular Wireless PCS, LLC

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* <http://www.ca9.uscourts.gov/forms/form06instructions.pdf>

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> New Cingular Wireless PCS, LLC, a Delaware limited liability company doing business as AT&T Mobility

Name(s) of counsel (if any):

> Hans Joseph Germann
> Mayer Brown LLP

Address: 71 South Wacker Drive, Chicago, IL 60606

Telephone number(s): (312) 701-8792

Email(s): hgermann@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> City of Los Altos, a California municipal corporation

Name(s) of counsel (if any):

> Deborah J. Fox
> Meyers Nave

Address: 1999 Harrison St., 9th Floor, Oakland, CA 94612

Telephone number(s): (510) 808-2000

Email(s): dfox@meyersnave.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**  1  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

New Cingular Wireless PCS, LLC, a Delaware limited liability company doing business as AT&T Mobility

Name(s) of counsel (if any):

Elspeth Hansen
Mayer Brown  LLP

Address: Two Palo Alto Sq., Ste 300, 3000 El Camino Real, Palo Alto, CA 94306

Telephone number(s): (650) 331-2043

Email(s): ehansen@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

City of Los Altos, a California municipal corporation

Name(s) of counsel (if any):

David Mehretu
Meyers Nave

Address: 1999 Harrison St., 9th Floor, Oakland, CA 94612

Telephone number(s): (510) 808-2000

Email(s): dmehretu@meyersnave.com

Name(s) of party/parties:

City of Los Altos, a California municipal corporation

Name(s) of counsel (if any):

Robert Gerald Davis
Meyers Nave

Address: 1999 Harrison St., 9th Floor, Oakland, CA 94612

Telephone number(s): (510) 808-2000

Email(s): rdavis@meyersnave.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   *2*   New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
New Cingular Wireless PCS, LLC, a Delaware limited liability company doing business as AT&T Mobility

Name(s) of counsel (if any):
Raymond Paul Bolanos
AT&T Services Inc. Legal Dept.

Address: 430 Bush Street, 3rd Floor, San Francisco, CA 94108

Telephone number(s): (415) 268-9491

Email(s): rb2659@att.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　*2*　　　　　　　　　　　　　*New 12/01/2018*